Asher Holzman et al., trading as Holzman Brothers, appellees, v. William S. Ehnie and Charles F. Ehnie, trading as W. S. Ehnie & Brother, appellants. Gen. No. 8,423.

Heard in this court at the April term, 1930. Opinion filed June 11, 1930. Rehearing denied October 16, 1930.

Barnabas F. Sears, for appellants. Wm. N. Hairgrove and Wilford H. Absher, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.